# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0319. JUSTIN ALAN JONES v. THE STATE.**

Justin Alan Jones has filed an application for discretionary review of the superior court's order denying his motion to dismiss based on an alleged violation of his statutory right to a speedy trial. The denial of a motion to dismiss based on a statutory speedy trial demand is directly appealable. See *Hubbard v. State*, 254 Ga. 694, 695-696 (333 SE2d 827) (1985). Because the superior court's order appears to be subject to direct appeal, we hereby GRANT Jones's application for appeal. See OCGA § 5-6-35 (j). Jones shall have ten days from the date of this order to file his notice of appeal in the superior court, if he has not already done so. The superior court is instructed to include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/22/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.